James W. Scholfield *et al.*

*v.*

Frank C. Pope.

*At Ottawa, March Term, 1882.*

Practice in the Supreme Court—*motion should state proper grounds.* A motion to dismiss an appeal for an alleged want of jurisdiction in this court, will not be entertained except it be accompanied by a statement of the particular ground upon which the question of jurisdiction is to arise.

Appeal from the Circuit Court of Cook county.

At the present term, Mr. James F. Meagher, in behalf of the appellee, moved the court to dismiss this appeal, for the following reason: "Because said Supreme Court has no jurisdiction to hear and determine said appeal."

Dickey, J.: This motion does not contain, nor is it accompanied by, any statement of the ground upon which the question of jurisdiction is to arise. We can not go to the record to search for some possible ground for the motion. A proper statement should be made. We do not allow or deny the motion, but simply refuse to entertain it at all. The motion can be renewed on a proper statement.